

**COUNTY OF MONTGOMERY**

COURT HOUSE
P.O BOX 311
NORRISTOWN, PENNSYLVANIA
19404-0311

OFFICE OF THE PROTHONOTARY

NOAH MARLIER
PROTHONOTARY

LAUREN TILGER-HALBOM
FIRST DEPUTY

Date: 7/7/2020

Case # 202006069

SPRING HOUSE TAVERN INC

vs.

AMERICAN FIRE AND CASUALTY COMPANY

BY ORDER OF THE COURT, DATED 7/6/2020   THE ABOVE MATTER HAS BEEN TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF PENNSYLVANIA.

I AM ACCORDINGLY SENDING YOU HEREWITH CERTIFIED COPIES OF DOCKET ENTRIES AND ALL RECORDED PAPERS ON THE ENCLOSED CD.

VERY TRULY YOURS

Barry Silver

APPEALS   CLERK

ENCLOSURE:  CERTIFIED DOCKET ENTRIES AND CD

Certified Mail No. 7018 0680 0001 7162 0340



2020-06069-0003  7/7/2020 2:57 PM  # 12783751
Rcpt#Z3889735 Fee:$0.00  Papers forwarded to
Main (Public)
MontCo Prothonotary

Case #2020-06069

| | |
|---|---|
| Case Number | 2020-06069 |
| Commencement Date | 5/11/2020 |
| Case Type | Complaint Class Action |
| PFA Number | |
| Caption Plaintiff | SPRING HOUSE TAVERN INC |
| Caption Defendant | AMERICAN FIRE AND CASUALTY COMPANY |
| Lis Pendens Indicator | No |
| Status | 6 - CLOSED |
| Judge | |
| Remarks | |
| Sealed | No |
| Interpreter Needed | NO |

CERTIFIED FROM THE RECORDS OF THE PROTHONOTARY, COURT OF COMMON PLEAS, MONTGOMERY COUNTY, PA.

NOAH MARLIER, PROTHONOTARY

DATE: 7/7/20   BSL   CLERK

## Plaintiffs

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| SPRING HOUSE TAVERN INC (ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS) | 1032 BETHLEHEM PIKE SPRING HOUSE, PA 19477 UNITED STATES | UNITED STATES | HAGGERTY, JAMES C COOPER, SCOTT B SHUB, JONATHAN | Yes | 1 |

## Defendants

| Name | Address | Country | Counsel | Notify | Sequence |
|---|---|---|---|---|---|
| AMERICAN FIRE AND CASUALTY COMPANY | 175 BERKELEY STREET BOSTON, MA 02115 UNITED STATES | UNITED STATES | | Yes | 1 |

## Docket Entries

| Seq. | | Filing Date | Docket Type | Docket Text | Sealed | Filing ID |
|---|---|---|---|---|---|---|
| 0 | E | 5/11/2020 | Complaint Class Action | | No | 12739098 |
| 1 | E | 5/20/2020 | Affidavit/Certificate of Service of | COMPLAINT ON 05/18/2020 TO DEFENDANT | No | 12743961 |
| 2 | E | 6/16/2020 | Notice of Removal | WITH SERVICE ON 06/03/2020 | No | 12766480 |
| 3 | | 7/7/2020 | Papers forwarded to | US EASTERN DISTRICT COURT OF PA VIA CD PER COURT ORDER 70180680000171620340 | No | 12783751 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SPRING HOUSE TAVERN, INC. | : | CIVIL ACTION |
| v. | : | |
| AMERICAN FIRE AND CASUALTY COMPANY | : | NO. 20-2872 |

### ORDER

**AND NOW**, this 6th Day of July, 2020, it appearing that the matter labeled Spring House Taver, Inc. v. American Fire and Casualty Company, Case Number 20-06069 was removed from the Court of Common Pleas of Montgomery County, Pennsylvania to this court, and

It further appearing that all records and proceedings in the above-captioned matter from the Court of Common Pleas of Montgomery County, Pennsylvania must be filed with this court pursuant to 28 U.S.C. §1447, and

It further appearing that the Prothonotary of the Court of Common Pleas of Montgomery County, Pennsylvania, has requested permission to submit the aforesaid records in electronic format, and

It further appearing that this court has determined that submission of the aforesaid records in electronic format should be approved, it is hereby

**ORDERED** that the Prothonotary of the Court of Common Pleas of Montgomery County, Pennsylvania, may submit the aforesaid records to the Clerk of this Court in electronic format, so that they can be filed in the above-captioned matter.

/s/ John R. Padova
---
**PADOVA, J.**

