IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SPRING HOUSE TAVERN, INC., INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS | : : : : : | CIVIL ACTION |
| v. | : : | |
| AMERICAN FIRE AND CASUALTY COMPANY | : : | NO. 20-2872 |

# ORDER

**AND NOW**, this 30th day of October, 2020, upon consideration of Plaintiff's Motion for Judgment on the Pleadings (Docket No. 15) and all documents filed in connection therewith, **IT IS HEREBY ORDERED** that the Motion is **DISMISSED** without prejudice, pending our determination as to certification of the putative class.

BY THE COURT:

/s/ John R. Padova

John R. Padova, J.