IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SPRING HOUSE TAVERN, INC., Individually and on Behalf of a Class of Similarly Situated Persons | : : : : | CIVIL ACTION |
| v. | : : | |
| AMERICAN FIRE AND CASUALTY COMPANY | : : | NO. 20-2872 |

## ORDER

**AND NOW**, this 16th day of June, 2021, upon consideration of Defendant's Motion for Judgment on the Pleadings (Docket No. 36), all documents filed in connection therewith, and the Hearing held on March 18, 2021, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. **IT IS FURTHER ORDERED** that this action is **DISMISSED**.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.